**No. 48084.**—Protests 93677–K, etc., of American Merchandise Co., Inc. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of Abstract 43372 the protests were sustained as to this claim.